UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :
v.                               :   Criminal No. 08-769 (WHW)
                                 :
SHAHID HOWELL,                   :
  a/k/a "Malik Howell,"          :
  a/k/a "Darnell Johnson,"       :   ORDER OF CONTINUANCE
  a/k/a "Shashid K. Howell"      :

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant Shahid Howell (Candace Hom, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days from January 27, 2009 through March 26, 2009; the defendant being aware that he has the right to have this matter submitted to a jury within thirty (70) days of his arraignment; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary;

   2. Defendant has consented to the aforementioned continuance;

   3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6th day of February 2009,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty (60) day period between January 27, 2009 through March 26, 2009; and

IT IS FURTHER ORDERED that the period between January 27, 2009 through March 26, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS SUSAN D. Wigenton
United States District Judge

I hereby consent to the form
and entry of this order

Candace Hom, Esq.
(Attorney for Shahid Howell)

Sharon Ashe, AUSA